IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
2019 FEB 12 PM 2: 56
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | INDICTMENT |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:19 CR 85 |
| ) | Title 18, United States Code, |
| RASHAWN D. WATSON, ) | Sections 922(g)(1) and |
| ) | 924(c)(1)(A); Title 21, United |
| Defendant. ) | States Code, Sections |
| ) | 841(a)(1), (b)(1)(B) and |
| ) | (b)(1)(C) |

JUDGE GWIN

COUNT 1
(Possession with Intent to Distribute Controlled Substances,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury charges:

1. On or about March 7, 2018, in the Northern District of Ohio, Eastern Division, Defendant RASHAWN D. WATSON did knowingly and intentionally possess with intent to distribute approximately 22.4 grams of a mixture and substance containing a detectable amount of acetyl fentanyl, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 2
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about March 7, 2018, in the Northern District of Ohio, Eastern Division, Defendant RASHAWN D. WATSON did knowingly and intentionally possess with intent to distribute approximately 1.967 grams of methamphetamine hydrochloride, a Schedule II

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about March 7, 2018, in the Northern District of Ohio, Eastern Division, Defendant RASHAWN D. WATSON did knowingly and intentionally possess with intent to distribute approximately 57.236 grams of a mixture and substance containing a detectable amount of N-ethylpentylone hydrochloride, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 4
(Felon in Possession of Firearms and Ammunition, 18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

4. On or about March 7, 2018, in the Northern District of Ohio, Eastern Division, Defendant RASHAWN D. WATSON, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Trafficking Offenses (F3), in Case No. CR-09-522954-A, on or about October 29, 2009, in the Cuyahoga County Common Pleas Court; Trafficking Offenses (F4), on or about February 26, 2009, in Case No. CR-08-506740-B, in the Cuyahoga County Common Pleas Court; and Aggravated Robbery (F1), on or about July 16, 2003, in Case No. CR-02-421272-A, in the Cuyahoga County Common Pleas Court, did knowingly possess in and affecting interstate commerce firearms, to wit: a Smith & Wesson, Model M&P 9, 9mm caliber semiautomatic pistol, serial number DXB0437; a Diamond Back Arms, Model DB-15, multi-caliber semiautomatic pistol, serial number DB-1806062; and a Professional Ordnance, Model Carbon-15, 5.56mm caliber semiautomatic pistol, serial number

B24669; and ammunition, said firearms and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 5
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. §§ 924(c)(1)(A))

The Grand Jury further charges:

5. On or about March 7, 2018, in the Northern District of Ohio, Eastern Division, Defendant RASHAWN D. WATSON did knowingly possess a firearm, that is, a Smith & Wesson, Model M&P 9, 9mm caliber semiautomatic pistol, serial number DXB0437; a Diamond Back Arms, Model DB-15, multi-caliber semiautomatic pistol, serial number DB-1806062; and a Professional Ordnance, Model Carbon-15, 5.56mm caliber semiautomatic pistol, serial number B24669, in furtherance of a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is, possession with intent to distribute mixtures and substances containing controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Counts 1 – 3 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE

The Grand Jury further charges:

6. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 5, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, Defendant RASHAWN D. WATSON shall forfeit to the United States any and all property constituting, or derived from, any proceeds he

obtained, directly or indirectly, as the result of such violations; any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; and, any and all property (including firearms and ammunition) involved in or used in the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.